AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEGAL, SUZANNE H. | US DIST CRT-CENTRAL DIST CA | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE-FULL-TIME | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br><br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>1/23/2020 |

**7. Chambers or Office Address**

ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET, NO 5100
LOS ANGELES, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #1 |
| 2. | CO-TRUSTEE | TRUST #2 |
| 3. | CO-TRUSTEE | TRUST #3 |
| 4. | CO-TRUSTEE | TRUST #4 |
| 5. | TRUSTEE | TRUST #6 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Suzanne Segal will join Signature Resolution Inc's panel of alternative dispute resolution professionals as an independent contractor in 2020 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | UNIVERSITY OF CALIFORNIA, TEACHING INCOME | $6,443.99 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | STATE OF CALIFORNIA |
| 2. 2019 | COUNTY OF LOS ANGELES |
| 3. 2019 | WEST PUBLISHING CORPORATION |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Global E-Discovery Conference | January 13-16, 2019 | Tampa, FL | Annual Seminar | Hotel and transportation |
| 2. | Association of Business Trial Lawyers | April 26-28, 2019 | Palos Verdes, CA | Joint Board Retreat | Hotel and transportation |
| 3. | American Conference Institute | June 23-24, 2019 | New York, NY | Wage and Hour Law Conference | Hotel and transportation |
| 4. | Assoication of Business Trial Lawyers | October 2-6, 2019 | Maui, HI | Annual Seminar | Hotel and transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | E | Dividend | M | T | | | | | |
| 3. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | A | Dividend | J | T | Sold (part) | 08/09/19 | J | D | |
| 4. -CALIFORNIA ST FOR PREVIOUS ISS GO BONDS | A | Interest | | | Sold | 02/05/19 | K | A | |
| 5. -CALIFORNIA ST PUB WKS BRD LEASE REV BOND 2014A | A | Interest | | | Sold | 04/12/19 | K | A | |
| 6. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 7. -CALIFORNIA ST VETERANS GO (FKA CALIFORNIA ST FOR PREVIOUS ISSUE) BOND | A | Interest | K | T | | | | | |
| 8. -OXNARD CALIF SCH DIST GO REF BOND | A | Interest | | | Sold | 01/11/19 | K | A | |
| 9. -SAN FRANCISCO CALIF BAY AREA RAPID TRANSIT BOND | A | Interest | K | T | | | | | |
| 10. -METROPOLITAN WTR DIST SOUTHN CALIF BOND | A | Interest | K | T | | | | | |
| 11. -NEBRASKA INVT FIN AUTH SINGLE FAMILY BOND | A | Interest | K | T | | | | | |
| 12. -OREGON ST HSG & CMNTY SVCS DEPT MTG | A | Interest | K | T | | | | | |
| 13. -NEUBERGER BERMAN GUARDIAN FD INSTL CL | D | Dividend | M | T | | | | | |
| 14. -TRUMBULL CONN GO BOND | A | Interest | K | T | Buy | 02/04/19 | K | | |
| 15. -UNION CNTY KY SCH DIST FIN CORP SCH BONDS | | None | K | T | Buy | 12/26/19 | K | | |
| 16. US BANK INTEREST CHECKING | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17.  US BANK INTEREST CHECKING | | None | J | T | | | | | |
| 18.  SOUTHLAND CREDIT UNION SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 19.  SOUTHLAND CREDIT UNION CERTIFICATE ACCOUNT | A | Interest | K | T | | | | | |
| 20.  AMERICAN ELECTRIC POWER CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 21.  HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 22.  TRUST #1 (H) | | | | | | | | | |
| 23.  -FIDELITY GOVERNMENT MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 24.  -FIDELITY CONTRAFUND | A | Dividend | | | Sold<br>(part) | 01/02/19 | J | A | |
| 25. | | | | | Sold<br>(part) | 03/04/19 | J | A | |
| 26. | | | | | Sold<br>(part) | 07/01/19 | J | A | |
| 27. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 28. | | | | | Sold<br>(part) | 10/11/19 | J | A | |
| 29. | | | | | Sold<br>(part) | 11/01/19 | J | A | |
| 30. | | | | | Sold | 11/04/19 | L | A | |
| 31.  -FIDELITY FOUR IN ONE INDEX FUND | C | Dividend | L | T | Sold<br>(part) | 01/02/19 | J | A | |
| 32. | | | | | Sold<br>(part) | 03/04/19 | J | A | |
| 33. | | | | | Sold<br>(part) | 07/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold (part) | 09/09/19 | J | A | |
| 35. | | | | | Sold (part) | 10/11/19 | J | A | |
| 36. | | | | | Sold (part) | 11/01/19 | J | A | |
| 37. | | | | | Sold (part) | 01/07/20 | J | A | |
| 38. -FIDELITY 500 INDEX FUND | A | Dividend | L | T | Buy | 11/04/19 | L | | |
| 39. | | | | | Sold (part) | 01/07/20 | J | A | |
| 40. TRUST #2 (H) | | | | | | | | | |
| 41. -FIDELITY TREASURY MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 42. -FIDELITY CONTRAFUND | A | Dividend | | | Sold (part) | 04/15/19 | K | A | |
| 43. | | | | | Sold | 11/04/19 | K | A | |
| 44. -FIDELITY FOUR IN ONE INDEX FUND | B | Dividend | K | T | Sold (part) | 04/15/19 | K | A | |
| 45. -FIDELITY 500 INDEX FUND | A | Dividend | K | T | Buy | 11/04/19 | K | | |
| 46. -RENTAL PROPERTY, LOS ANGELES, CA (2018, $100,000) | B | Rent | L | R | | | | | |
| 47. TRUST #3 (H) | | | | | | | | | |
| 48. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | D | Dividend | L | T | | | | | |
| 49. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.   -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 51.   -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 52.   TRUST #4 (H) | | | | | | | | | |
| 53.   -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | D | Dividend | L | T | Sold (part) | 07/23/19 | J | A | |
| 54.   -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | A | Dividend | | | Sold (part) | 04/29/19 | J | A | |
| 55.   | | | | | Sold (part) | 04/30/19 | J | A | |
| 56.   | | | | | Sold | 05/01/19 | J | A | |
| 57.   -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | D | Dividend | L | T | Buy (add'l) | 02/01/19 | J | | |
| 58.   -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 59.   -RENTAL PROPERTY, LOS ANGELES, CA (2018, $100,000) | B | Rent | L | R | | | | | |
| 60.   TRUST #5 (H) | | | | | | | | | |
| 61.   -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | D | Dividend | L | T | | | | | |
| 62.   -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | K | T | Sold (part) | 12/17/19 | J | A | |
| 63.   | | | | | Sold (part) | 01/09/20 | J | B | |
| 64.   -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | L | T | Buy (add'l) | 02/01/19 | J | | |
| 65.   -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 66. INDIVIDUAL RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 67. -MORGAN STANLEY PRIVATE BANK NA (FKA LIQUID ASSET FUND) | A | Interest | K | T | | | | | |
| 68. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES VARIABLE ANNUITY (H) | | | | T | | | | | |
| 69. -VY JPMORGAN EMERGING MARKETS EQUITY | A | Dividend | J | T | | | | | |
| 70. -VY (FKA DIVERSIFIED) MID CAP OPPORTUNITIES PORTFOLIO | A | Dividend | J | T | | | | | |
| 71. -VY T. ROWE PRICE CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 72. -VY CLARION REAL ESTATE PORTFOLIO | A | Dividend | J | T | | | | | |
| 73. -VOYA LARGE CAP VALUE PORFOLIO | A | Dividend | J | T | | | | | |
| 74. -VOYA INTERNATIONAL INDEX PORTFOLIO | A | Dividend | J | T | | | | | |
| 75. -INVESCO DIVERSIFIED DIVIDEND A | A | Dividend | J | T | | | | | |
| 76. INDIVIDUAL RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 77. -NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOCIALLY RESPONSIVE) FUND | E | Dividend | N | T | | | | | |
| 78. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | D | Dividend | M | T | | | | | |
| 79. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | E | Dividend | N | T | Buy (add'l) | 02/01/19 | L | | |
| 80. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | B | Dividend | J | T | | | | | |
| 81. -ILLINOIS ST GO BOND | A | Interest | | | Matured | 01/01/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 82.  -NEW YORK GO BOND | A | Interest | | | Matured | 03/01/19 | K | A | |
| 83.  -AUSTIN TEXAS PUB IMPT BOND | B | Interest | | | Matured | 09/01/19 | K | A | |
| 84.  -CALIFORNIA ST GO BOND | B | Interest | | | Matured | 10/01/19 | K | A | |
| 85.  -VIRGINIA COLLEGE BLDG AUTH BOND | B | Interest | K | T | | | | | |
| 86.  -WILMINGTON DEL GO BOND | A | Interest | K | T | | | | | |
| 87.  -CONNECTICUT ST GO BOND | A | Interest | K | T | | | | | |
| 88.  -COLUMBUS OHIO VARIOUS PURP LTD TAX BOND | A | Interest | K | T | | | | | |
| 89.  -NEW YORK ST DORM AUTH REVS BOND | A | Interest | K | T | | | | | |
| 90.  -RANCHO CALIF WTR DIST FING AUTH REV BOND | A | Interest | K | T | | | | | |
| 91.  -ARKANSAS ST GO TAXABLE REF BOND | A | Interest | K | T | | | | | |
| 92.  -MET GOVT NASHVILLE & DAVIDSON CNTY TENN BOND | A | Interest | K | T | | | | | |
| 93.  -NEW HAMPSHIRE ST GO CAP IMPT BOND | A | Interest | K | T | | | | | |
| 94.  -UNIV PITTSBURGH OF THE CMWLTH SYS BOND | A | Interest | K | T | | | | | |
| 95.  -UNIVERSITY CALIF REVS LT PROJ REV BOND | A | Interest | K | T | | | | | |
| 96.  -US TREASURY BILLS ZERO CPN 5/9/19 | | None | | | Matured | 05/09/19 | K | A | |
| 97.  -US TREASURY BILLS ZERO CPN 5/16/19 | | None | | | Matured | 05/16/19 | K | A | |
| 98.  -UNIVERSITY COLO ENTERPRISE SYS REV BOND | A | Interest | K | T | Buy | 05/14/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. -NEW YORK ST DORM AUTH REVS ST PERS INCOME BOND | A | Interest | K | T | Buy | 05/21/19 | K | | |
| 100. -US TREASURY BILLS ZERO CPN 7/2/19 | | None | | | Buy | 05/31/19 | L | | |
| 101. | | | | | Matured | 07/02/19 | L | A | |
| 102. -US TREASURY BILLS ZERO CPN 11/14/19 | | None | | | Buy | 05/16/19 | K | | |
| 103. | | | | | Matured | 11/14/19 | K | A | |
| 104. -US TREASURY BILLS ZERO CPN 11/7/19 | | None | | | Buy | 05/08/19 | K | | |
| 105. | | | | | Matured | 11/07/19 | K | A | |
| 106. -US TREASURY BILLS ZERO CPN 12/26/19 | | None | | | Buy | 07/02/19 | L | | |
| 107. | | | | | Matured | 12/26/19 | L | A | |
| 108. -US TREASURY BILLS ZERO CPN 5/7/20 | | None | K | T | Buy | 11/06/19 | K | | |
| 109. -US TREASURY BILLS ZERO CPN 6/25/20 | | None | L | T | Buy | 12/27/19 | L | | |
| 110. -US TREASURY BILLS ZERO CPN 11/5/20 | | None | K | T | Buy | 11/13/19 | K | | |
| 111. -US TREASURY BILLS ZERO CPN 12/3/20 | | None | L | T | Buy | 12/27/19 | L | | |
| 112. CHASE BANK CASH ACCOUNTS | A | Interest | K | T | | | | | |
| 113. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 114. -FIDELITY ASSET MANAGER 50% FUND | A | Dividend | J | T | Sold (part) | 04/16/19 | J | A | |
| 115. -FIDELITY STRATEGIC DIVIDEND & INCOME FUND | A | Dividend | J | T | Sold (part) | 04/16/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. -FIDELITY CASH ACCOUNT | A | Interest | J | T | Open | 04/15/19 | J | | |
| 117. MORGAN STANLEY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 118. -MORGAN STANLEY BANK NA (FORMERLY LIQUID ASSET FUND) | A | Interest | J | T | | | | | |
| 119. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES ANNUITY (H) | | | | | | | | | |
| 120. -VY T. ROWE PRICE CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 121. -VY INVESCO GROWTH AND INCOME PORTFOLIO | A | Dividend | J | T | | | | | |
| 122. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 123. -FIDELITY GOVERNMENT MONEY MARKET ACCT | | None | J | T | | | | | |
| 124. -FIDELITY CALIFORNIA MUNI MONEY MARKET ACCT | | None | J | T | | | | | |
| 125. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 126. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 127. -NEUBERGER BERMAN SHT DURATION BOND INSTL MUTAL FUND | A | Dividend | J | T | Sold (part) | 12/18/19 | K | A | |
| 128. -NEUBERGER BERMAN GUARDIAN FD INSTL CL | A | Dividend | J | T | | | | | |
| 129. -NEUBERGER BERMAN SUSTAINABLE EQUITY FUND | A | Dividend | J | T | | | | | |
| 130. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 131. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 132. -NEUBERGER BERMAN SHT DURATION BOND INSTL MUTUAL FUND | C | Dividend | M | T | Sold (part) | 01/25/19 | L | A | |
| 133. -NEUBERGER BERMAN GUARDIAN FD INSTL CL | C | Dividend | K | T | | | | | |
| 134. -NEUBERGER BERMAN SUSTAINABLE EQUITY FUND | C | Dividend | K | T | | | | | |
| 135. INDIVIDUAL RETIREMENT ACCOUNT #3 (H) | | | | | | | | | |
| 136. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 137. -NEUBERGER BERMAN EQUITY INCOME INSTL MUTUAL FUND | B | Dividend | K | T | | | | | |
| 138. -NEUBERGER BERMAN GUARDIAN FD INSTL CL MUTUAL FUND | B | Dividend | K | T | | | | | |
| 139. - NEUBERGER BERMAN SUSTAINABLE EQUITY (FKA SOC RESPONSIVE) INSTL FD | B | Dividend | K | T | | | | | |
| 140. BERNSTEIN CASH ACCOUNT | A | Interest | J | T | | | | | |
| 141. BERNSTEIN AB HIGH INCOME FIXED INCOME FUND | C | Dividend | M | T | Buy | 01/07/19 | J | | |
| 142. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 143. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 144. | | | | | Buy (add'l) | 03/27/19 | K | | |
| 145. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 146. | | | | | Sold (part) | 04/24/19 | J | A | |
| 147. | | | | | Buy (add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 148. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 149. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 150. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 151. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 152. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 154. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 156. | | | | | Sold<br>(part) | 10/23/19 | J | A | |
| 157. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 159. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 160. | | | | | Buy<br>(add'l) | 12/23/19 | K | | |
| 161. | | | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 163. | | | | | Sold<br>(part) | 01/22/20 | J | A | |
| 164. RENTAL PROPERTY, LOS ANGELES, CA (2018, $600,000) | B | Rent | O | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 165.  BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 166.  -BERNSTEIN CASH ACCOUNT | A | Interest | J | T | | | | | |
| 167.  -BERNSTEIN AB HIGH INCOME FIXED INCOME FUND | D | Dividend | M | T | Buy | 01/23/19 | M | | |
| 168. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 169. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 170. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 171. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 172. | | | | | Sold (part) | 04/24/19 | J | A | |
| 173. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 174. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 175. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 176. | | | | | Sold (part) | 07/24/19 | J | A | |
| 177. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 178. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 179. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 180. | | | | | Sold (part) | 10/23/19 | J | A | |
| 181. | | | | | Buy (add'l) | 11/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 182. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 185. | | | | | Sold<br>(part) | 01/22/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SEGAL, SUZANNE H.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUZANNE H. SEGAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544